**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NAZMI EREBARA, | : | |
| Petitioner | : | CIVIL ACTION |
| v. | : | |
| KENNETH ELWOOD, ET AL., | : | No. 02 - 3650 |
| Respondents | : | |

**O R D E R**

AND NOW, this      day of July, 2002, upon consideration of Petitioner's Habeas Corpus Petition, it is hereby ORDERED that Respondent shall RESPOND to the Petition by August 12, 2002.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.