IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAZIM EREBARA, | : | |
|     Petitioner | : | |
| | : | |
|     v. | : | CIVIL ACTION |
| | : | |
| KENNETH ELWOOD, et al. | : | NO. 02-3650 |
|     Respondents. | : | |

Attachments to Government's Response to Petition for Writ of Habeas Corpus and Certificate of Service.

PRAECIPE TO FILE ATTACHMENTS

TO THE CLERK
United States District Court

    Kindly file with the Court the hard copy attachments to the Government's Response to Petition for Writ of Habeas Corpus and Certificate of Service by John Ashcroft [res], Kenneth Elwood [res]. (Becker, Susan), (Document 7) which was electronically filed on August 5, 2002. The original attachments are this day being hand delivered to the Clerk's Office.

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

> David Oltarsh, Esquire
> Oltarsh & Associates, PC
> 1375 Broadway Suite 2102
> New York, New York 10018
>
> Susan G. Toler, Esquire
> Shatzer & Sheridan
> 4800-02 Baltimore Avenue
> Philadelphia, PA 19143

_____
SUSAN R. BECKER
Assistant United States Attorney

Dated: August 5, 2002