**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NAZMI EREBARA, | : | |
| | : | |
| Petitioner | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH ELWOOD, ET AL., | : | No. 02-3650 |
| | : | |
| Respondents | : | |
| | : | |

## **O R D E R**

AND NOW, this      day of October, 2002, upon consideration of Attorney Susan G. Toler's Motion to Admit Attorney David E. Oltarsh to practice before this Court *pro hac vice*, it is hereby ORDERED that Attorney Toler's motion is GRANTED. Attorney Oltarsh is admitted to practice before this Court for purposes limited to this action.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.